IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAMON OCHOA-HERNANDEZ, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

CJADERS FOODS, INC., a CA Corp. dba COUNTY SQUARE MARKET and COUNTRY SQUARE MARKET; and DOES 1 through 20,
    Defendant.

No. C 08-02073 EMC

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 8, 2008

/s/ Richard H. Rahm
Signature

Counsel for CJADERS FOODS, INC.,
(Name or party or indicate "pro se")