United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON OCHOA-HERNANDEZ, | No. C 08-02073 MHP |
| Plaintiff(s), | **CLERK'S NOTICE**<br>**(Scheduling Case Management Conference in Reassigned Case)** |
| v. | |
| CJADERS FOODS, INC., | |
| Defendant(s). | |

    This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, August 25, 2008, at 4:00 p.m.**  A Joint Case Management Statement is due ten days prior to the conference.

                                       Richard W. Wieking
                                       Clerk, U.S. District Court

Dated: July 10, 2008                          Anthony Bowser, Deputy Clerk to the
                                                          Honorable Marilyn Hall Patel
                                                                 (415) 522-3140