UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON OCHOA-HERNANDEZ, | No. C 08-02073 MHP |
| Plaintiff(s), | **CLERK'S NOTICE**<br>**(Rescheduling Case Management Conference)** |
| v. | |
| CJADERS FOODS, INC., | |
| Defendant(s). / | |

The case management conference in this matter currently set for August 25, 2008, is hereby rescheduled to **November 24, 2008, at 4:00 p.m.** The Joint Case Management Statement is due ten days prior to the conference.

Richard W. Wieking
Clerk, U.S. District Court

Dated: August 20, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140