1  Stan S. Mallison (SBN 184191)
   Hector R. Martinez (SBN 206336)
2  Marco A. Palau (SBN 242340)
   LAW OFFICES OF MALLISON & MARTINEZ
3  1042 Brown Avenue
   Lafayette, CA 94549
4  Telephone:    (925) 283-3842
   Facsimile:    (925) 283-3426
5  stanm@mallisonlaw.com
   hectorm@mallisonlaw.com
6
   Attorneys for Plaintiff
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO BRANCH

| | |
|---|---|
| RAMON OCHOA-HERNANDEZ, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>      vs.<br><br>CJADERS FOODS, INC., a California Corporation (doing business as "COUNTY SQUARE MARKET" and "COUNTRY SQUARE MARKET"); ANN LEWALD, SANDRA TAM, ELAINE CHAN and CINDY YEN,<br><br>            Defendants. | Case No. 3:08-CV-02073-MHP-EMC<br><br>**STIPULATION & PROPOSED ORDER SETTING A BRIEFING SCHEDULE TO ADDRESS IMPACT OF *ARIAS V. SUP. CT.* AND EXTENDING CLASS CERTIFICATION DEADLINE** |

1    On September 3, 2009 the Court ordered the parties to submit a briefing schedule to address
2    the issues raised by the parties in their joint status report (Docket #29), and the impact that the
3    California Supreme Court's decision in *Arias v. Superior Court*, 46 Cal.4th 969 (2009), will have
4    on the adjudication and management of this case. The parties have met and conferred and hereby
5    stipulate as follows:

    1.    The Parties have agreed to brief the following issues relating to the *Arias* case:

        a.    whether the holding in *Arias*, that, upon satisfying the pre-filing statutory requirements, an aggrieved employee is empowered to act as a proxy or agent of the state to enforce the state's labor laws and collect penalties one behalf of current and former employees *without* having to certify a class, is applicable in this forum;

        b.    whether the pre-certification limits on discovery apply in the PAGA context if, as Plaintiff asserts, class certification is not required for the PAGA claim;

        c.    whether perfecting the right to proceed on behalf of current and former employees by satisfying the pre-filing requirements of the PAGA gives rise to the application of Rule of Professional Conduct 2-100;

        d.    whether Defense counsel can contact current and former employees for purposes of obtaining declarations in relation to the subject matter of this lawsuit; and

        e.    whether the PAGA claim will have an impact on the predominance and superiority elements of Rule 23(b)(3) with respect to non-PAGA, class claims, and, if not, whether Plaintiffs may proceed by adjudicating the PAGA claims first and moving for class certification of the non-PAGA claims afterward;

    3.    The Parties agree to the following briefing schedule:

        a.    Plaintiff shall file an opening brief addressing these issues 90 days after this Court's Order

      b.      Defendants shall file an opposition brief not later than 104 days after this Court's Order, or two weeks after Plaintiff's filing, whichever is later.

      c.      Plaintiff may file a reply brief one week after Defendants' opposition brief.

4.    Because these issues impact class certification, the parties agree that current deadlines for Plaintiff to move for certification and the corresponding briefing and hearing schedule should be extended by six months from the date the Court decides the *Arias* issues above.

DATED: October 2, 2009        LAW OFFICES OF MALLISON & MARTINEZ

By:   /s/ Marco Palau
Stan S. Mallison
Hector R. Martinez
Marco A. Palau
Attorney for Plaintiff RAMON OCHOA-HERNANDEZ

DATED: October 2, 2009        LITTLER MENDELSON

By:   /s/ Richard H. Rahm
Richard H. Rahm
Attorney for Defendants CJADERS FOODS, INC., ANN LEWALD, SANDRA YEN, SANDRA TAM, ELAINE CHAN and CINDY YEN

Firmwide:92295105.1 059732.1001

1 | Pursuant to the Stipulation of the parties and good cause appearing, the Court Orders:

2 | 1. Plaintiff shall file an opening brief addressing the five issues identified in the parties' stipulation no later than January 4, 2010.

2. Defendants shall file their opposition brief no later than January 18, 2010.

3. Plaintiff may file a reply brief no later than January 25, 2010.

4. The Court will hear argument on the issues briefed on February 8, 2010 at 2:00pm.

5. All current class certification deadlines are extended by 90 days from the date the Court resolves the *Arias* issues.

IT IS SO ORDERED.

Dated: October 5, 2009

_____
HON. MARILYN H PATEL
United States District Court Judge

Firmwide:92295105.1 059732.1001