| | |
|---|---|
| 1 | THEODORA R. LEE, Bar No. 129892 |
| | RICHARD H. RAHM, Bar No. 130728 |
| 2 | KAI-CHING CHA, Bar No. 218738 |
| | LITTLER MENDELSON |
| 3 | A Professional Corporation |
| | 650 California Street |
| 4 | 20th Floor |
| | San Francisco, CA  94108.2693 |
| 5 | Telephone:     415.433.1940 |
| | Facsimile:     415.399.8490 |
| 6 | |
| 7 | PETER M. STANWYCK |
| | LAW OFFICES OF PETER M. STANWYCK |
| 8 | A Professional Corporation |
| | Tribune Tower, 19th Floor |
| 9 | 409 - 13th Street |
| | Oakland, California 94612 |
| 10 | Telephone:     (510) 444-5082 |
| | Facsimile:      (510) 834-0701 |

Attorneys for Defendants
CJADERS FOODS, INC., dba COUNTY SQUARE MARKET; ANN LEWALD; SANDRA YEN; SANDRA TAM; ELAINE CHAN; and CINDY YEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMON OCHOA-HERNANDEZ, on behalf of himself and all others similarly situated, | Case No.  CV 08-02073 MHP |
| | **[PROPOSED]** **ORDER GRANTING MOTION TO WITHDRAW AND STAYING ACTION** |
| Plaintiff, | |
| v. | |
| CJADERS FOODS, INC., a California corporation (doing business as "COUNTY SQUARE MARKET" and "COUNTRY SQUARE MARKET"); ANN LEWALD; SANDRA YEN; SANDRA TAM; ELAINE CHAN; CINDY YEN; and DOES 6 through 20, inclusive, | Before the Honorable Marilyn Hall Patel |
| Defendants. | |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

ORDER GRANTING MOTION TO WITHDRAW    NO. CV 08-02073 MHP

1  This matter came on for hearing on the motion of Littler Mendelson, P.C. ("Littler"), and the Law Offices of Peter M. Stanwyck ("Stanwyck") to withdraw as attorneys of record for Defendants Cjaders Foods, Inc., Ann Lewald, Sandra Tam (née Yen), Elaine Chan and Cindy Yen ("Defendants").  Richard H. Rahm appeared on behalf of Littler, and Peter M. Stanwyck appeared on behalf of Stanwyck.  There was no appearance on behalf of Plaintiff Ramon Ochoa-Hernandez ("Plaintiff").  After reviewing the papers submitted to the Court, and after further discussion with counsel and Defendants, the Court makes the following Order:

    1.  The motion to withdraw as counsel of record to Defendants by Littler is **GRANTED**.

    2.  The motion to withdraw as counsel of record to Defendants by Stanwyck is **GRANTED IN PART** insofar as Stanwyck may withdraw as counsel of record for Defendants but shall remain for the limited purposes of attending the settlement conference before Magistrate Judge Elizabeth Laporte and facilitating settlement communications between Plaintiff's counsel and Defendants., **as well as transmitting all communications, papers materials related to this case to the defendants.**

    3.  This action shall be stayed with respect to all motions and proceedings (with the exception of settlement proceedings) for a period of ninety (90) days from the date of this Order.

    4.  This matter is referred to Magistrate Judge Elizabeth Laporte for a settlement conference, to be completed in sixty (60) days from the date of this Order.

    5.  A further Status Conference is set for July 12, 2010 at 3:00 p.m.  The parties shall file a Joint Supplemental Status Report one week prior to the Status Conference.

    **SO ORDERED.**

    4/15/2010

Firmwide:95005355.1 059732.1001



IT IS SO ORDERED
Judge Marilyn H. Patel

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

ORDER GRANTING MOTION TO WITHDRAW        1.        NO. CV 08-02073 MHP